FILED

United States District Court

Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,            )
                                                      )
                  Plaintiff,                         )
                                                      )
        vs.                                          )        No. 1:22-CR-1520-003-JB
                                                      )
ASHLEY THOMPSON,                      )
                                                      )
                  Defendant.                       )
                                                      )

ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER having come before the Court on Defendant's unopposed motion to

modify conditions of release, and the Court being otherwise fully advised in the premises and

finding the motion well taken;

IT IS THEREFORE ORDERED that the conditions of release entered April 12,

2024 be modified so that Defendant is released on her own recognizance on October 14,

2024 so that she may travel to and reside at Oxford House Elizabeth in Albuquerque, NM

beginning on October 14, 2024.  Ms. Thompson is to remain in the custody of Darrin's

Place until she is transported by Safe Ride (Medicaid) on October 14, 2024.   All other

conditions previously imposed on April 12, 2024 remain in effect.

_____
Hon. John F. Robbenhaar
United States Magistrate Judge

Respectfully submitted:

_____

JEDIDIAH J. GLAZENER, ESQ

By: /s/ Jedidiah J. Glazener

Jedidiah J. Glazener, Esq.
Attorney for Defendant
100 Gold Ave. SW, Ste. 206
Albuquerque, NM 87102
Tel: (505) 688-8144
Fax: (505) 212-1337

*Approved by email 10/10/24*
Timothy Trembley
Assistant United States Attorney

*Approved by email 10/10/24*
JoAnn Griego
United States Probation