# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni, United States Magistrate Judge

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 22-1520 JB | UNITED STATES vs. Thompson | |
| Hearing Date: | Wednesday, July 30, 2025 | Time In and Out: | 9:41 am- 9:46 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Ashley Thompson | Defendant's Counsel: | Michael Santistevan |
| AUSA: | Tim Trembley | Pretrial/Probation: | Joann Griego |
| Interpreter: | | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant currently has Court appointed counsel
- [ ] Government moves to detain         [x] Government does not recommend detention
- [ ] Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ]
- [ ] Court finds         [ ] Court does not find probable cause

## Detention

- [ ] Defendant waives right to contest detention
- [ ]

## Custody Status

- [ ] Defendant
- [x] Conditions of release previously imposed remain in effect

## Other

- [ ] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [ ] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [x] Matter referred to District Judge for Final Revocation Hearing
- [ ]