**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,      )
                               )

          Plaintiff.        )

                               )      Case No. 1:22-CR-1520-003-JB

      vs.                 )

                               )

ASHLEY THOMPSON         )

                               )

         Defendant.      )

**<u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>**

COMES NOW, Defendant, Ashley Thompson, by and through undersigned counsel, respectfully requests this Honorable Court continue the sentencing in this matter currently set for August 18, 2026 at 1:30 p.m., and in support thereof states the follows:

1. Sentencing for defendant was set for August 7, 2026, however, it got reset to August 18, 2026.  Defense counsel is scheduled for 8 other hearings at 1:30 p.m. on August 18, 2026, which creates a scheduling conflict.

2. The parties in this case respectfully request at least a two week continuance from the August 18, 2026 setting.

3. The Defendant is not in custody.

4. The instant motion comprises Ms. Thompson's eleventh request to continue the sentencing.

5. This request for a continuance is not based on general congestion of the Court's calendar, or lack of diligent preparation on the part of the attorney for the defendant.

As a result, the ends of justice served by continuing the sentencing in this matter outweigh the best interest of the public and the parties.

6. Joann Griego from US Probation has no objection.

7. Assistant United States Attorney, Timothy Trembley was contacted in regard to this request and does not oppose the relief requested.

WHEREFORE, Defendant, Ashley Thompson, respectfully requests that the Court enter an order continuing the sentencing herein set for August 18, 2026, find that the ends of justice are served by the granting of the continuance and outweigh the best interest of the public and the parties, and reset the sentencing in approximately 2 weeks from August 18, 2026.

Respectfully submitted,

JEDIDIAH J. GLAZENER, ESQ

By: /s/ Jedidiah J. Glazener

Jedidiah J. Glazener, Esq.
Attorney for Defendant
100 Gold Ave. SW, Ste. 209
Albuquerque, NM 87102
Tel: (505) 688-8144
Fax: (505) 212-1337

I hereby certify that a true and correct copy of the foregoing pleading sent, via the Court's CM/ECF notification system, to Assistant United States Attorney Timothy Trembley.

/s/ Jedidiah J. Glazener
Jedidiah J. Glazener, Esq.
Attorney for Defendant