**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. CR 22-1520 JB

ASHLEY THOMPSON,

Defendant.

**ORDER CONTINUING SENTENCING**

THIS MATTER having come before the Court on Defendant's unopposed motion for continuance of sentencing set for August 18, 2026, and the Court being otherwise fully advised in the premises,

FINDS that the ends of justice served by the granting of the continuance sought outweighs the best interest of the public and the defendant.

IT IS THEREFORE ORDERED that the sentencing set August 18, 2026, herein is hereby vacated will be rescheduled at a later date.

UNITED STATES DISTRICT JUDGE